ANTON HANDAL (Bar No. 113812)
anh@handal-law.com
PAMELA C. CHALK (Bar No. 216411)
pchalk@handal-law.com
GABRIEL HEDRICK (Bar No. 220649)
ghedrick@handal-law.com
HANDAL & ASSOCIATES
750 B Street, Suite 2510
San Diego, California 92101
Tel: 619.544.6400
Fax: 619.696.0323

*Attorneys for Plaintiff e.Digital Corporation*

JOSEPH CASINO
Wiggin and Dana LLP
jcasino@wiggin.com
450 Lexington Avenue, 38th Floor
New York, New York 10017-3913
Tele: 212-551-2842
Fax: 212-490-0536

*Attorney for Defendants Cactus Technologies Limited; Cactus USA; and Harper & Two, Inc*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>Cactus Technologies Limited; Cactus USA; and Harper & Two, Inc.<br><br>          Defendants. | Case No.: 3:15-cv-00140-H-BGS<br><br>**NOTICE OF SETTLEMENT AND JOINT MOTION TO CONTINUE ALL DEADLINES PENDING SETTLEMENT**<br><br>**Assigned to the Honorable Judge Marilyn L. Huff**<br><br>**Courtroom 15A (Annex)** |

NOTICE IS HEREBY GIVEN that the parties in the following matters have reached an agreement for the settlement and are in the process of finalizing their settlement agreement:

1) **Case No.: 3:15-cv-00140-H-BGS**, *e.Digital Corporation v. Cactus Technologies Limited et al.*

1  Plaintiff and Defendants are referred to collectively hereafter as the "Parties"
2  　　　The Parties anticipate filing a notice of voluntary dismissal of the claims and
3  counterclaims in this no later than May 29, 2015.
4  　　　In light of the foregoing, the Parties further make the following joint motion
5  seeking the following relief:
6  　　　1) An order from the Court continuing all deadlines in this matter up to
7  and including May 29, 2015, by which date the parties expect to have executed
8  a settlement agreement and it is anticipated that the Parties will file a notice of
9  voluntary dismissal of all claims and counterclaims in the case
10  　　　This limited continuance of deadlines is for good cause and so that justice
11  may be served. The Parties do not submit this request to the Court for purposes of
12  delay, but rather so that they may have time to finalize a written settlement
13  agreement and dismiss this matter forthwith in its entirety.
14  　　　Pursuant to Local Civil Rule 7.2, the parties hereto will separately submit a
15  Proposed Order granting the relief requested.

**HANDAL & ASSOCIATES**

Dated: May 12, 2015        By:    /s/ Pamela C. Chalk
                                  Anton N. Handal
                                  Pamela C. Chalk
                                  Gabriel G. Hedrick
                                  Attorneys for Plaintiff
                                  e.Digital Corporation


**WIGGIN AND DANA LLP**

Dated: May 12, 2015
                                   /s/ Joseph Casino
                                  Joseph Casino
                                  Attorney for Defendants Cactus
                                  Technologies Limited; Cactus USA; and
                                  Harper & Two, Inc

HANDAL & ASSOCIATES
750 B STREET, SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-2-

NOTICE OF SETTLEMENT                                    CASE NO: 3:15-CV-00140-H-BGS

## **ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I, Pamela C. Chalk, attest that the above-referenced signatories have read and approved the foregoing and consent to its filing in this action.

By: _____Pamela C. Chalk_____

Pamela C. CHALK

HANDAL & ASSOCIATES
750 B STREET, SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-3-

*NOTICE OF SETTLEMENT*    CASE NO: 3:15-CV-00140-H-BGS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 12th day of May, 2015 at San Diego, California.

Dated: May 12, 2015       By:  **HANDAL & ASSOCIATES**
/s/ Pamela C. Chalk
Anton N. Handal
Pamela C. Chalk
Gabriel G. Hedrick
Attorneys for Plaintiff

HANDAL & ASSOCIATES
750 B STREET, SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-4-

NOTICE OF SETTLEMENT                           CASE NO: 3:15-CV-00140-H-BGS