ANTON HANDAL (Bar No. 113812)
anh@handal-law.com
PAMELA C. CHALK (Bar No. 216411)
pchalk@handal-law.com
GABRIEL HEDRICK (Bar No. 220649)
ghedrick@handal-law.com
HANDAL & ASSOCIATES
750 B. Street, Suite 2510
San Diego, California 92101
Tel: 619.544.6400
Fax: 619.696.0323

Attorneys for Plaintiff
e.Digital Corporation

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| e.Digital Corporation, | Case No.: 3:15-cv-00140-H-BGS |
|---|---|
| Plaintiff, | **PLAINTIFF E.DIGITAL CORPORATION'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| Cactus Technologies Limited; Cactus USA; and Harper & Two, Inc., | **Assigned the Honorable Judge Marilyn L. Huff** |
| Defendants. | **Courtroom 15A (15th Floor - Annex)** |
| | **DEMAND FOR JURY TRIAL** |

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*NOTICE OF VOLUNTARY DISMISSAL*  -1-  CASE NO. 3:15-CV-00140-H-BGS

1   TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR
2   THE SOUTHERN DISTRICT OF CALIFORNIA:

3   WHEREAS, the only named Defendants in this matter, Cactus Technologies
4   Limited; Cactus USA; and Harper & Two, Inc. (collectively referred to hereafter as
5   "Defendants") have not filed an answer or otherwise responded to the Complaint
6   (Docket #1) filed in this action; and,

7   WHEREAS, the Defendants have not filed any counterclaims in this action
8   against Plaintiff e.Digital Corporation.

9   NOTICE IS HEREBY GIVEN OF THE FOLLOWING:

10  Plaintiff e.Digital Corporation ("Plaintiff") hereby voluntarily dismisses this
11  entire action **WITH PREJUDICE** as to the only named Defendants in this case:

1.  Cactus Technologies Limited
2.  Cactus USA; and,
3.  Harper & Two, Inc.

Dated: May 19, 2015            **HANDAL & ASSOCIATES**

By: /s/Pamela C. Chalk
    Anton N. Handal
    Pamela C. Chalk
    Gabriel G. Hedrick
    Attorneys for Plaintiff
    e.Digital Corporation

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*NOTICE OF VOLUNTARY DISMISSAL*                    CASE NO. 3:15-CV-00140-H-BGS
-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d).  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed this 19th day of May, 2015 at San Diego, California.

Dated: May 19, 2015           **HANDAL & ASSOCIATES**

By: /s/Pamela C. Chalk
Anton N. Handal
Pamela C. Chalk
Gabriel G. Hedrick
Attorneys for Plaintiff
e.Digital Corporation

*HANDAL & ASSOCIATES*
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*NOTICE OF VOLUNTARY DISMISSAL*      -3-      CASE NO. 3:15-CV-00140-H-BGS